FILED: January 21, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-4369
(1:13-cr-00031-MR-DLH-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

YOLANDA TIESS KITSON, a/k/a Yolanda Birt Kitson,

        Defendant - Appellant.

O R D E R

Yolanda Tiess Kitson pled guilty to one count of conspiracy to defraud the United States by obtaining and aiding to obtain the payment of false, fictitious, and fraudulent claims, in violation of 18 U.S.C. § 286 (2012), and was sentenced to 72 months' imprisonment. Kitson's counsel now appeals Kitson's sentence pursuant to Anders v. California, 386 U.S. 738 (1967), raising as issues for review whether the district court reversibly erred in applying the six-level enhancement under U.S. Sentencing Guidelines Manual § 2B1.1(b)(2)(C) (2014) for an offense involving 250 or more victims and in ordering

restitution, and otherwise reversibly erred in imposing sentence.

Upon review of the record and the Anders brief, the court directs Kitson's counsel to file a brief on the merits. Counsel is free to brief any meritorious issues on appeal, but must particularly address whether the district court committed reversible procedural error in applying the six-level enhancement under USSG § 2B1.1(b)(2)(C).

By separate order, the Clerk's office shall establish an appropriate briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk